UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

Laura Santana,

            **Plaintiff,**

    -against-

Raphael Benavides Baccus, et al.,

            **Defendants.**

---------------------------------------------------------x

1:21-cv-04338 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff Laura Santana's May 14, 2021 submission attempting to "[w]ithdraw[] with prejudice any claim by the Plaintiff arising under the FLSA and any other claims arising out of any Federal Statute, Rule, or Regulation removing any subject matter jurisdiction from the U.S. District Court." ECF No. 6 at 1. Plaintiff filed additional requests on June 3, 2021 and June 24, 2021. ECF Nos. 8, 10. None of the submissions provide any legal authority in support of Plaintiff's request.

Accordingly, Plaintiff is hereby ORDERED to submit legal authority in support of its request no later than **July 1, 2021**. Defendants are directed to respond to that submission no later than **July 6, 2021**.

**SO ORDERED.**

**Dated:** June 29, 2021
**New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**