UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
LAURA SANTANA,                                                :
                                        Plaintiff,            :
                                                              :
            -against-                                         :
                                                              :      1:21-CV-4338 (ALC)
                                                              :
RAPHAEL BENAVIDES BACCUS ET AL.,                              :      ORDER
                                                              :
                                        Defendants.           :
-------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 2, 2021

ANDREW L. CARTER, JR., United States District Judge:

The Court will hold a status conference by telephone on **Thursday, November 4, 2021 at 3:30PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

SO ORDERED.

Dated:   Nov. 2, 2021
         New York, New York

                                            *(signature)*

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**