UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 4, 2021

-------------------------------------------------------x
LAURA SANTANA,

                            Plaintiff,

         -against-

RAPHAEL BENAVIDES BACCUS ET AL.,

                         Defendants.
-------------------------------------------------------x

1:21-CV-4338 (ALC)

**ORDER SETTING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court set initially set a status conference in this case for Thursday, November 4, 2021 at 3:30PM Eastern Time. ECF No. 14. Plaintiff did not appear. Accordingly, it is hereby **ORDERED** that the telephonic status conference is rescheduled for **Wednesday, November 10, 2021 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff, and file proof of service on ECF, no later than **November 5, 2021**.

**SO ORDERED.**

**Dated:**   Nov. 4, 2021
               New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**